UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JAMES LOHMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1142

HON. JANET T. NEFF

# ORDER

This is a civil action filed by a *pro se* litigant. On November 9, 2018, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiff's complaint be dismissed with prejudice, and that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 10) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED with prejudice for the reasons set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: December 3, 2018  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge